UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RENAE DAWN JONES, | ) |
| | ) Case No. CV 09-CV-317-N-EJL |
| Plaintiff, | ) |
| | ) **JUDGMENT** |
| vs. | ) |
| | ) |
| KOOTENAI COUNTY, KOOTENAI COUNTY SHERIFF'S DEPARTMENT, ROCKY WATSON, RICHARD LYONS, MATTHEW EDMUNDS, CLAY HILTON AND JOHN DOES 1-10, | ) ) ) ) ) |
| | ) |
| Defendant. | ) |
| | ) |

Based upon this Court's Memorandum Order, entered herewith, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff take nothing from the Defendants and this case is **DISMISSED IN ITS ENTIRETY**.

DATED: **January 13, 2011**

Honorable Edward J. Lodge
U. S. District Judge

JUDGMENT- 1